AO91 (Rev.5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

Robert Michael Gunnip

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:06-MJ-00136 (TWH)

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about <u>July 10, 2006</u> in the District of Alaska, defendant did, by force, violence and intimidation take from the person or presence of another money, approximately $1574.00, belonging to and in the care, custody, control, management, and possession of Northrim Bank, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this Complaint is based on the following facts:

See attached affidavit, incorporated herein by this reference.

Continued on the attached sheet and made a part hereof:   <u>XX</u> Yes   ___ No

<u>/s/ Steven K. Lane</u>
Steven K. Lane
Signature of Complainant

Sworn to before me and subscribed in my presence,

<u>July 13,    2006</u>                    at    <u>Anchorage, Alaska</u>
Date                                            City and State

Terrance W. Hall                               **/s/ Terrance W. Hall [seal affixed]**
<u>United States Magistrate Judge</u>            _____
Name and Title of Judicial Officer             Signature of Judicial Officer