IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.  3-06-MJ-00136-JDR |
| Plaintiff, ) | |
| ) | A F F I D A V I T |
| v. ) | |
| ) | |
| ROBERT MICHAEL GUNNIP ) | |
| ) | |
| Defendant, ) | |

   I, STEVEN K. LANE, Special Agent, Federal Bureau of Investigation (FBI), Anchorage, Alaska, being first duly sworn, upon oath, depose and say:

   1.   I am currently employed as a Special Agent for the Federal Bureau of Investigation (FBI) and have been so employed since June of 1995.  During my employment with the FBI, I have been assigned the investigation of criminal matters within the jurisdiction of the FBI including bank robbery, bank fraud and other various violent and white collar investigations.  I have been assigned to a violent crime and drug squad within the Anchorage Office of the FBI since 2003.

   2.   The information contained below is from my personal knowledge and experience, other law enforcement personnel, or from those specific sources as set forth.

   3.   This investigation concerns the robbery of Northrim Bank, 811 East 36th Avenue, Anchorage, Alaska, at approximately 5:50 p.m. on July 10, 2006.  It also makes reference to bank robberies that occurred at  (a) Northern Skies, 400 West Benson,

Anchorage, Alaska, on June 13, 2006; (b) The First National Bank of Alaska, 1210 West Northern Lights, Anchorage, Alaska, on June 26, 2006; (c) Wells Fargo Bank, 1500 West Benson, Anchorage, Alaska, on July 1, 2006 and (d) Northrim Bank, 811 East 36th Avenue, Anchorage, Alaska, on July 3, 2006.

The following information was provided by MARICEL ABELLA. ABELLA was employed as a teller with the Northrim Bank when it was robbed on July 10, 2006. ABELLA recalled that a male walked into the bank wearing a gray and blue sweatshirt with a hood pulled tightly over his head. ABELLA asked the individual to remove the hood, to which the individual refused. The individual then displayed a demand note, which stated, "Give me all your money, no bait, I have a gun." After providing the robber with money from her teller drawer, the robber placed the money in a backpack and fled the bank. ABELLA further recalled the robber wore blue and grey gardening gloves. He had an "olive" complexion and was approximately in his forties. He was approximately 6'2" tall.

The following information was provided by CAROLYN JENNINGS. CAROLYN JENNINGS is a Senior Vice President, Branch Administration Manager, Northrim Bank. JENNINGS advised that the cash count conducted after the robbery on July 10, 2006 indicated that MARICEL ABELLA's cash drawer was short in the amount of $1,574.00 in United States currency.

The following information was provided by JAMEY BROPHY, security officer, AlaskaUSA Federal Credit Union. BROPHY was driving east on 36th avenue on July 10, 2006 when he observed a

male wearing a grey and blue hooded sweatshirt run out of the Northrim Bank.  BROPHY recognized this as being a possible bank robbery and identified the male as driving a black Honda, Alaska registration DFM-768.  BROPHY then returned to the Northrim Bank and confirmed a robbery had, in fact, just occurred.

On July 11, 2006, the owner of the Honda with registration number DFM-768 was identified by Special Agents of the FBI as Anchorage, Alaska resident DAYTON EUGENE BACKES.  From July 11, 2006 to July 12, 2006, BACKES provided Special Agents of the FBI and the Affiant with the following information.  BACKES loaned his 1990 Honda Accord to a friend whom he identified as "BOBBY" GUNNIP.  GUNNIP arrived at the residence of BACKES on or about the night of July 8, 2006, after which GUNNIP departed with the 1990 Honda Accord.  As of July 12, 2006, GUNNIP had still not returned the vehicle to BACKES.

BACKES also advised Special Agents of the FBI including the Affiant that he himself was a convicted bank robber.  BACKES further advised that "BOBBY" GUNNIP had recently made inquiries to BACKES about how BACKES had robbed banks in the past.  BACKES shared details of his prior bank robberies with GUNNIP.

BACKES was shown still surveillance photographs from bank robberies that occurred at the Northrim Bank on July 3, 2006 and July 10, 2006.  BACKES stated that he believed the photographs depicted the same individual and that the individual depicted in both photographs was his friend "BOBBY" GUNNIP that he had loaned his 1990 Honda Accord to the previous weekend.

The following information was provided to the Affiant by Anchorage, Alaska resident PATRICK SWEEDEN on July 12, 2006. ROBERT "BOBBY" GUNNIP used to reside across the street from SWEEDEN approximately ten years ago. GUNNIP is known by SWEEDEN and other residents to have a cocaine addiction. GUNNIP sometimes showed up at SWEEDEN's residence looking for food and/or shelter. SWEEDEN never allowed GUNNIP to reside at his residence because he didn't trust GUNNIP around his possessions. SWEEDEN advised the Affiant that GUNNIP arrived on Sunday, July 9, 2006 driving an older model, dark colored Honda he had allegedly borrowed from a friend. GUNNIP stayed less than an hour and departed SWEEDEN's residence. GUNNIP also arrived at SWEEDEN's residence on July 12, 2006 at approximately noon looking for food, to which SWEEDEN refused. When SWEEDEN asked how he arrived there, GUNNIP advised he had parked a vehicle on another street. GUNNIP asked SWEEDEN for a pistol. SWEEDEN advised GUNNIP he had no weapons and asked why GUNNIP needed one. GUNNIP remarked he was "in trouble" and needed one "for protection." Shortly before GUNNIP departed the residence, SWEEDEN observed GUNNIP driving the same, older model, dark colored Honda he had been seen driving on Sunday, July 9, 2006.

GUNNIP was arrested on July 12, 2006 by officers from the Anchorage Police Department for an outstanding warrant charging him with failure to appear. He was stopped while driving the 1990 Honda Accord owned by Dayton Backes. He was subsequently transported to the Anchorage Office of the FBI, where he was

advised of the offense with which he was charged and that he was being questioned regarding additional criminal activity. GUNNIP was advised of his Miranda Rights. GUNNIP indicated that he understood his rights, agreed to waive them and answer questions without the presence of attorney. GUNNIP signed a written waiver to this effect.

GUNNIP subsequently confessed to robbing the Northrim Bank on July 10, 2006 as well as the four other aforementioned banks (infra). He provided detailed information about how he prepared for and executed the robberies, which were not publicly known. GUNNIP admitted to borrowing an older model Honda from DAYTON BACKES on or about July 9, 2006. He admitted to parking this vehicle behind the New Sagaya Market on July 10, 2006. He then left the parking lot on foot and walked over to Northrim Bank and approached a teller counter. Gunnip recalled the teller repeatedly asked him to remove a hood over his head, to which he was non-compliant. GUNNIP then displayed a demand note instructing the teller to hand over cash. After the robbery, GUNNIP fled on foot back to the Honda. As he was leaving the parking lot, GUNNIP observed another vehicle following him. GUNNIP then became nervous that he had possibly been seen by a bystander. He then fled the area in the Honda. GUNNIP recalled receiving approximately $1,470.00 from this robbery.

After the robbery, GUNNIP recalled that he drove to various locations in Anchorage and disposed of the clothing in dumpsters. Specifically, GUNNIP recalled disposing of a gray hooded sweatshirt he wore in the robbery in a dumpster located behind

Flight Deck Pizza on International Airport Drive.  GUNNIP also recalled disposing of a maroon backpack containing gloves and sunglasses he wore during the robbery in a marsh field on Hart Drive.  GUNNIP agreed to take FBI Special Agents to these locations in an effort to recover these items.  GUNNIP was shown a copy of a still surveillance photograph from the Northrim Bank taken during the robbery on July 10, 2006.  GUNNIP agreed that he was the individual depicted in the photograph.

On July 12, 2006, SA John Eckstein and the Affiant recovered a gray hooded sweatshirt from a dumpster located behind Flight Deck Pizza on International Airport Drive.  SA John Eckstein and the Affiant also recovered a maroon backpack containing gloves from the marsh field on Hart Drive.  Upon review of bank surveillance videotape, the Affiant has reason to believe these distinguishable items were, in fact, used by GUNNIP during this robbery.

On July 12, 2006, the Affiant observed GUNNIP at the office of the Anchorage Division of the FBI.  The Affiant has reason to believe that the description provided by teller MARICEL ABELLA on July 10, 2006 accurately describes GUNNIP.

Based on the aforementioned information, there is probable cause to believe that ROBERT MICHAEL GUNNIP robbed the Northrim Bank, 811 East 36th Avenue, Anchorage, Alaska, at approximately 5:50 p.m. on Monday, July 10, 2006, the deposits of which are insured by the Federal Deposit Insurance Corporation, certificate number 33216-0, date of issue June 11, 1999.

On information and belief, the conduct of ROBERT MICHAEL GUNNIP constitutes a violation of Title 18, United States Code, Section 2113 (a) - Bank Robbery.

FURTHER, YOUR AFFIANT SAYETH NAUGHT.

/s/ Steven K. Lane
Steven K. Lane
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO BEFORE ME this 13th day of July, 2006, at Anchorage, Alaska.

/s/ Terrance W. Hall [seal affixed]
Terrance W. Hall
U.S. Magistrate Judge