MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs ROBERT MICHAEL GUNNIP  CASE NO.   3:06-MJ-00136-JDR
Defendant: _X_ Present   _X_ In Custody

BEFORE THE HONORABLE         TERRANCE W. HALL

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      BRYAN SCHRODER

DEFENDANT'S ATTORNEY:        SUE ELLEN TATTER, APPOINTED

U.S.P.O.:                    PAULA MCCORMICK

PROCEEDINGS: INITIAL APPEARANCE ON COMPLAINT Held 07/14/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:32 a.m. court convened.

_X_ Copy of Complaint given to defendant: read.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name:  Same as above.

_X_ Financial Affidavit FILED.  Federal Public Defender accepted appointment.  FPD notified.

_X_ PLEA: Not Guilty to Count 1 of the Complaint.

_X_ Defendant detained/Detention/Preliminary Hearing set **July 21, 2006 at 1:30 p.m.** before  Magistrate Judge Roberts.

_X_ Order of Temporary Detention FILED.

At 11:39 a.m. court adjourned.


DATE:     July 14, 2006      DEPUTY CLERK'S INITIALS:   Ce