Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | NO. 3:06-mj-00136-JDR |
|---|---|
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| ROBERT MICHAEL GUNNIP, | |
| Defendant. | |

      Sue Ellen Tatter, Assistant Federal Public Defender for the District of Alaska, hereby enters her appearance as counsel for the Defendant ROBERT MICHAEL GUNNIP in the above-captioned action.

      DATED this 17th day of July 2006.

      Respectfully submitted,

      s/Sue Ellen Tatter
      Assistant Federal Defender
      601 West Fifth Avenue, Suite 800
      Anchorage, AK 99501
      Phone:    907-646-3400
      Fax:         907-646-3480
      E-Mail:    sue_ellen_tatter@fd.org

Certification:
I certify that on July 17, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Bryan Schroder
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter